ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III ESPECIAL

| EDGARDO JOSUÉ BARRETO RODRÍGUEZ<br>Apelante<br><br>v.<br><br>JOHANNA MONROIG TAVÁREZ<br>Apelada | KLAN202400956 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Civil Núm.: AR2023RF00247<br><br>Sala: 703<br><br>Sobre: Divorcio |
|---|---|---|

Panel integrado por su presidente, el Juez Figueroa Cabán, la Jueza Mateu Meléndez y la Jueza Boria Vizcarrondo

**Figueroa Cabán, Juez Ponente**

### SENTENCIA

En San Juan, Puerto Rico a 17 de diciembre de 2024.

Atendida la *Moción Sobre Desistimiento* presentada el 12 de diciembre de 2024 por la parte apelante, **con lugar**.

En consecuencia, se dicta sentencia de **desistimiento, con perjuicio**, y se ordena el cierre y archivo definitivo del presente procedimiento de apelación. Regla 83(A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83(A).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2024_____